

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | |
|---|---|---|
| IN RE: | § | No. 08-20-00085-CV |
| | § | |
| MARK T. DAVIS, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relator | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus/prohibition against the Honorable Selena Solis, Judge of the 243rd District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus/prohibition should be denied. We therefore deny the petition for writ of mandamus/prohibition, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 26TH DAY OF AUGUST, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.